IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DAMARION GILLION                                              PLAINTIFF

v.                        No. 3:16-cv-268-DPM

RON HUNTER,
District Judge, Poinsett County                               DEFENDANT

## JUDGMENT

Gillion's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
1 November 2016