IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DEMARION GILLION                                                    PLAINTIFF
#416359

v.                              No. 3:16-cv-268-DPM

RON HUNTER, District Judge
Poinsett County                                                     DEFENDANT

ORDER

Gillion's motion, *Doc. 9*, is granted. The Court directs the Clerk to mail Gillion copies of *Doc. 1 – 8* and a copy of the docket sheet.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 June 2022