IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEMARION GILLION**                      **PLAINTIFF**

v.                  No. 3:16-cv-268-DPM

**RON HUNTER, District
Judge Poinsett County**                      **DEFENDANT**

## ORDER

Gillion's motion, *Doc. 11*, is granted. The Court directs the Clerk to mail Gillion copies of *Doc. 1–10*, a copy of the docket sheet, and a blank § 1983 complaint form.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 November 2022