IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DEMARION GILLION**                                                      PLAINTIFF

v.                              No. 3:16-cv-268-DPM

**RON HUNTER, District
Judge, Poinsett County**                                                 DEFENDANT

ORDER

Gillion's motion to reopen his case, *Doc. 13*, is denied for lack of good cause. This case was closed in 2016.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 November 2022